# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| TED YORK,<br><br>     Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company, JOHNSON MARK, LLC, a Utah limited liability company,<br><br>     Defendants. | Case No.: 1:17-cv-00145-REB<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation to Dismiss With Prejudice (Docket No. 11), and good cause appearing;

IT IS HEREBY ORDERED that this action be DISMISSED, with prejudice, because the parties have fully settled the controversy between them. All claims against all Defendants are dismissed, with each party to bear their respective costs and fees. The Clerk's Office is directed to close the case.

DATED: **May 30, 2017**

_(signature)_
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL - 1**